No. 4765.—Ramírez et al., apltes., *v.* Ramírez et al., apldos.—C. D. Mayagüez. Mayo 6, 1929.

Por cuanto, establecido pleito sobre acción negatoria de servidumbre, declaración de medianería y otros extremos se dictó sentencia declarando sin lugar la demanda con las costas a los demandantes y en el memorándum que para cobrar-

las presentaron los demandados incluyeron como honorarios de su abogado la cantidad de $500;

Por cuanto, los demandantes impugnaron esa partida como excesiva y la corte de distrito la rebajó a $400 cuya resolución apelaron los demandantes;

Por cuanto, los apelantes no han hecho especificación de errores en su alegato y de la lectura de él no encontramos motivo para declarar que la corte inferior cometiera error en la resolución expresada;

Por tanto, debemos confirmar y confirmamos la resolución apelada.